# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0849

VERSUS

KIRK MOSBY                                            **DECEMBER 4, 2024**

---

In Re:    Kirk Mosby, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 236-
          03.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.**

                              **EW**
                              **SMM**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT